UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>20-MJ-8171-BER</u>

| | |
|---|---|
| IN THE MATTER OF | ) |
| THE EXTRADITION OF | ) |
| LUCAS CARVALHO ROLLO | ) |

## MOTION TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned attorney, and respectfully requests that the complaint, and attachments thereto, and the arrest warrant be **UNSEALED** now that the fugitive has been arrested.

Dated: May 1, 2020

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: /s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0052716
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9317
Fax: (305) 530-7976
Jessica.Obenauf@usdoj.gov