UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-8171-BER

IN THE MATTER OF
THE EXTRADICTION OF
LUCAS CARVALO ROLLO
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M.Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
450 S Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
caroline_mccrae@fd.org - Email

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    *s/M. Caroline McCrae*
                                    M. Caroline McCrae